

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00440-CV

**IN THE INTEREST OF E.H., Jr.**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01654
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the part of the trial court's Final Order in Suit Affecting the Parent-Child Relationship, signed August 18, 2020, that (1) terminates the parent-child relationship between E.H. and E.H., Jr. and (2) changes E.H., Jr.'s last name. We REMAND the case to the trial court for further proceedings and to render orders regarding E.H.'s conservatorship rights.

SIGNED March 3, 2021.

Luz Elena D. Chapa, Justice